David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

# NOTICE OF PROPOSED AMENDMENTS TO LOCAL RULES

Pursuant to 28 U.S.C. § 2071(b), Fed. R. Civ. P. 83(a)(1) and Fed. R. Crim. P. 57(a)(1), the United States District Court for the District of Rhode Island hereby gives notice that proposed new local rules are being considered for adoption.

The Court invites public comment on the proposed Local Rules.

Copies of the proposed Local Rules may be obtained from the Court's website at www.rid.uscourts.gov. The rules are also available for inspection at the Clerk's Office, United States District Court, One Exchange Terrace, Providence, RI 02903.

Comments may be submitted, in writing, **no later than Friday, August 12, 2005**, via e-mail to LRComments@rid.uscourts.gov or to the Clerk's Office at the above address.

JUNE 21, 2005

DAVID A. DiMARZIO
CLERK OF COURT

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247