**From:** Andrew Berg [berg@sbllp.net]
**Sent:** Tuesday, June 28, 2005 3:30 PM
**To:** LRComments
**Subject:** Comment to Proposed Local Rule 39.2(b)

Proposed Local Rules 39.2(b) states that unavailability of a witness will not be considered good cause for a trial continuance. This blanket rule will create a great deal of hardship on trial counsel.

The availability of witnesses is a factor that is frequently out of the control of counsel. Furthermore, compelling a witness through subpoena to be present in court, at a time when the witness has indicated they are unavailable (whether because of work or vacation) will create a great deal of animosity towards counsel, and the court. This anger may color the jury's assessment of credibility, and affect the outcome of the case.

This rule completely disregards the difficulties confronted by busy litigation attorneys attempting to manage his or her cases and witnesses; particularly sole practitioners, and attorneys at small firms, who lack support staff and resources. It will penalize even diligent attorneys on those occasions when a witness neglects to keep counsel abreast of his or her status.

Thank you for your consideration of my concerns.

Andrew Berg
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax