**From:** Berry Mitchell
**Sent:** Monday, July 11, 2005 3:17 PM
**To:** Paul Goodale
**Subject:** Comment on Proposed ADR Local Rule LRcv53 (ADR Referrals)

**Attachments:** LR COMMENTS-ADR.wpd

Proposed *Local Rule 53* references the reader back to propose *Local Rule 16 (b)(6)*. That rule only indicates that counsel must "meet and confer" prior to the Rule 16 Conference and discuss whether they wish to have the case referred to a magistrate judge for the purpose of attempting settlement or to the ADR Administrator for "some other form of ADR".

I have attached a summary of statutory requirements set forth within the *Alternative Dispute Resolution Act of 1998* which require a number of subjects be addressed in ADR local rules. The proposed Rule 53 is not in compliance with the Act. A brief paragraph which references the 2005 Amended ADR Plan (now under consideration before Chief Judge Torres and in the near future the other district judges as well) which incorporates by reference the rules contained in the Amended ADR Plan as the full text of the ADR Local Rule, would I believe be sufficient to bring the court into full compliance with the Act.

LR
MENTS-ADR.wpd (3