# Summary of the Alternative Dispute Resolution Act of 1998
# & Local Rules Requirements

**Public Law 105-315**
**Signed October 30, 1998**
**Codified at 28 U.S.C. §§ 651-658**

## SUMMARY OF THE ACT

### Section 651: Authorization of Alternative Dispute Resolution

- **Definition of ADR.** Alternative dispute resolution (ADR) includes any process or procedure, other than an adjudication by a presiding judge, in which a neutral third party assists in resolving the dispute, through processes such as early neutral evaluation, mediation, minitrial, and arbitration (28 U.S. C. § 651(a) (1998)).

- **Requirement to Authorize Use of ADR.** Each district court shall **by local rule** authorize use of ADR in **all civil actions**, including **adversary proceedings in bankruptcy** (§ 651(b)).

- **Requirement to Implement an ADR Program.** Each district court shall by local rule devise and implement its own ADR program to encourage and promote use of ADR (§ 651(b)).

- **Existing ADR Programs.** Courts with existing ADR programs shall examine their effectiveness and adopt such improvements as are consistent with the Act (§ 651(c)).

- **Program Administration.** Each district court shall designate an employee or judicial officer who is knowledgeable in ADR practices and processes to implement, administer, oversee, and evaluate the ADR program. This person may also be responsible for recruiting, screening, and training attorneys to serve as neutrals and arbitrators (§ 651(d)).

- **Title 9.** The ADR Act of 1998 shall not affect the federal arbitration statute that is codified at Title 9 of the United States Code.

- **Federal Judicial Center and Administrative Office Support.** The Federal Judicial Center and the Administrative Office of the U.S. Courts are authorized to assist the district courts in the establishment and improvement of ADR programs by identifying particular practices used in successful programs and providing additional assistance as needed and appropriate (§ 651(f)).

**Section 652: Jurisdiction**

- **Requirement That Litigants Consider ADR.** Each district court shall by local rule require litigants in all civil cases to consider using ADR at an appropriate stage in the litigation (§ 652(a)).

- **Requirement to Provide at Least One ADR Process.** Each district court shall provide litigants in all civil cases at least one ADR process, including but not limited to mediation, early neutral evaluation, minitrial, and arbitration (§ 652(a)).

- **Compelled Use of ADR.** Any district court that elects to require use of ADR in certain cases may do so only with respect to mediation, early neutral evaluation, and, with party consent, arbitration (§ 652(a)). The ADR Act does not, however, affect any program in which arbitration is conducted under the 1988 Act (§ 654(d)).

- **Cases Exempt From ADR**. Each district court may exempt specific cases or categories of cases from ADR, but shall consult with the bar, including the U.S. Attorney, in defining these exemptions (§ 652(b)).

- **Authority of the Attorney General.** Nothing in section 652 of the ADR Act (as codified) shall alter or conflict with the authority of the Attorney General or any federal agency to conduct litigation (§ 652(c)).

- **Confidentiality.** Until such time as rules are adopted under the Rules Enabling Act, codified at chapter 131 of Title 28, each district court shall by local rule provide for the confidentiality of the ADR processes and prohibit disclosure of confidential ADR communications (§ 652(d)).

**Section 653: Neutrals**

- **Panel of Neutrals.** Each district court shall adopt appropriate processes for making neutrals available for use by the parties for each category of ADR process offered and must promulgate its own procedures and criteria for the selection of neutrals on its panels (§ 653(a)).

- **Qualifications of Neutrals.** Each neutral should be qualified and trained in the appropriate ADR process. The district court may use, among others, magistrate judges who have been trained in ADR processes, professional neutrals from the private sector, and persons trained to serve as ADR neutrals (§ 653(b)).

- **Disqualification of Neutrals.** Until such time as rules are adopted under the Rules Enabling Act, codified at chapter 131 of Title 28, each district court shall issue rules on disqualification of neutrals, including where appropriate disqualification under 28 U.S.C. § 455, other applicable law, and professional responsibility standards (§ 653(b)).

**Section 654: Arbitration**

- **Referral to Arbitration.** A district court may allow referral to arbitration of any civil action, including any adversary proceeding in bankruptcy, when the parties consent, except: in cases alleging violation of a Constitutional right; when jurisdiction is based in whole or part on 28 U.S.C. § 1343; or when the relief sought consists of money damages greater than $150,000 (§ 654(a)).

- **Safeguards in Consent Cases.** Until such time as national rules are adopted under the Rules Enabling Act, codified at chapter 131 of Title 28, the district court shall by local rule establish procedures to ensure that, in any civil action in which arbitration by consent is allowed, consent is freely and knowingly obtained, and no party or attorney is prejudiced for refusing to participate in arbitration (§ 654(b)).

- **Presumption Regarding Monetary Damages.** A district court may presume damages are not in excess of $150,000 unless counsel certifies otherwise.

- **The 1988 Act's Authorization for Twenty Arbitration Programs.** Nothing in the ADR Act of 1998 is deemed to affect any arbitration program conducted under the 1988 Act. FN330 (§ 654(d)).

**Section 655: Arbitrators**

- **Powers of Arbitrators.** An arbitrator shall have the power to conduct arbitration hearings, administer oaths and affirmations, and make awards (§ 655(a)).

- **Certification of Arbitrators.** Each district court that authorizes arbitration shall establish standards for certification of arbitrators and shall certify arbitrators to perform services in accord with those standards. The standards shall include provisions requiring arbitrators to take an oath and to be subject to the disqualification rules of 28 U.S.C. § 455 (§ 655(b)).

- **Immunity for Arbitrators.** Arbitrators are performing quasi-judicial functions and are entitled to the immunities and protections afforded to persons serving in such a capacity (§ 655(c)).

**Section 656: Subpoenas**

- **Subpoenas.** Federal Rule of Civil Procedure 45 applies to subpoenas for attendance of witnesses and production of documentary evidence at an arbitration hearing (§ 656).

**Section 657: Arbitration Award and Judgment**

- **Filing and Effect of Arbitration Awards.** An arbitration award shall be filed promptly with the clerk of the district court and shall be entered as the judgment of the court after the time for requesting a trial de novo has expired. The judgment shall have the same force and effect as a judgment in a civil action, except it shall not be subject to review in any other court by appeal or otherwise (§ 657(a)).

- **Sealing of the Arbitration Award.** The district court shall by local rule provide that the contents of any arbitration award shall not be made known to any judge who might be assigned to the case until the court has entered final judgment or the action has otherwise terminated (§ 657(b)).

- **Trial De Novo.** Any party may file a written demand for a trial de novo within thirty days after the filing of the arbitration award. The action shall be restored to the docket and treated as if it had not been referred to arbitration. The court shall not admit at the trial de novo any evidence that there has been an arbitration proceeding, the nature or amount of any arbitration award, or any matter concerning the conduct of the arbitration proceeding unless it would be admissible under the Federal Rules of Evidence or the parties otherwise stipulate (§ 657(c)).

**Section 658: Compensation of Arbitrators and Neutrals**

- **Compensation of Neutrals.** Subject to regulations approved by the Judicial Conference, the district court shall establish the amount of compensation, if any, that each arbitrator or neutral shall receive (§ 658(a)).

- **Transportation Allowances.** Under regulations prescribed by the Administrative Office of the U.S. Courts, a district court may reimburse arbitrators and other neutrals for actual transportation expenses incurred in performing their duties (§ 658(b)).

**Authorization of Appropriations**

- **Appropriations.** The ADR Act authorizes such appropriations for each fiscal year as may be necessary to carry out the Act. FN331

**REQUIREMENTS TO BE INCORPORATED INTO THE LOCAL RULES**

- **Requirement to Authorize Use of ADR.** Each district court shall by local rule authorize use of ADR in all civil actions, including adversary proceedings in bankruptcy (28 U.S.C. § 651(b) (1998)).

- **Requirement to Implement an ADR Program.** Each district court shall by local rule devise and implement its own ADR program to encourage and promote use of ADR (§ 651(b)).

- **Requirement That Litigants Consider ADR.** Each district court shall by local rule require litigants in all civil cases to consider using ADR at an appropriate stage in the litigation (§ 652(a)).

- **Confidentiality.** Until such time as rules are adopted under the Rules Enabling Act, codified at chapter 131 of Title 28, each district court shall by local rule provide for the confidentiality of the ADR processes and prohibit disclosure of confidential ADR communications (§ 652(d)).

- **Safeguards in Consent Cases.** Until such time as national rules are adopted under the Rules Enabling Act, codified at chapter 131 of Title 28, the district court shall by local rule establish procedures to ensure that, in any civil action in which arbitration by consent is allowed, consent is freely and knowingly obtained, and no party or attorney is prejudiced for refusing to participate in arbitration (§ 654(b)).

- **Sealing of the Arbitration Award.** The district court shall by local rule provide that the contents of any arbitration award shall not be made known to any judge who might be assigned to the case until the court has entered final judgment or the action has otherwise terminated (§ 657(b)).

- **Disqualification of Neutrals.** Until such time as rules are adopted under the Rules Enabling Act, codified at chapter 131 of Title 28, each district court shall issue rules on disqualification of neutrals, including where appropriate disqualification under 28 U.S.C. § 455, other applicable law, and professional responsibility standards (§ 653(b)).