**From:** Mark Laroche [laroche.esq@verizon.net]

**Sent:** Tuesday, July 12, 2005 5:27 PM

**To:** LRComments

**Subject:** LR Gen 110

LR Gen 110 will hinder my practice of law by preventing me from discussing the customs and employment and discriminatory practices of large municipal or government or private corporate litigants with fellow members of the bar, employees, union officials, counselors etc...

LR Gen 110 will hinder my practice of law by not allowing me to discuss adverse litigants positions with other members of the bar for mentoring, advice and strategic purposes.

Mark B. Laroche RI Bar #4681 752-1919