**From:** Coyne-Fague, Patricia [Patricia.Coyne-Fague@doc.ri.gov]

**Sent:** Thursday, August 04, 2005 10:51 AM

**To:** LRComments

**Subject:** Public Comment on proposed local rule amendment

Good morning.

I have a comment on the proposed expiration/renewal of bar membership and the accompanying fee (Rule 203).
I strongly urge that the Court consider exempting full-time government or state-employed attorneys from the fee requirement.
We are already subject to a fee from the RI Supreme Court and the RI Bar Association, which we are required to pay ourselves.
In my current job, membership in the Federal Bar is a requirement, and another fee would be burdensome. Contrary to popular belief, state employed attorneys do not make huge salaries.
Please consider exempting those of us who are public servants who do not make the kinds of salaries that those in the public sector may.

Thank you for your consideration.

***Patricia A. Coyne-Fague***
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*