UNITED STATES COURTS FOR THE FIRST CIRCUIT
OFFICE OF THE CIRCUIT EXECUTIVE
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 3700
BOSTON, MA 02210

GARY H. WENTE
CIRCUIT EXECUTIVE
617-748-9613

FLORENCE PAGANO
ASSISTANT CIRCUIT EXECUTIVE
617-748-9376

# MEMORANDUM

Date: August 8, 2005

To: David A. DiMarzio, Clerk

From: Florence Pagano, ACE for Legal Affairs

Cc: Gary Wente, Circuit Executive
Susan Goldberg, Deputy Circuit Executive

Re: Proposed Amendments to Local Rules, U.S. District Court for the District of Rhode Island

---

## I. Introduction

On June 21, 2005, the U.S. District Court for the District of Rhode Island (the Court) issued a Notice of Proposed Amendments to Local Rules. See 28 U.S.C § 2071(b), Fed.R.Civ.P. 83(a)(1) and Fed. R. Crim. P. 57(a)(1). In response to the Court's request for public comment, I have reviewed the proposed rules and prepared the following comments (which are purely semantic and typographical) on behalf of the Circuit Executive's Office. Please note that these comments do not constitute final review of the proposed rules by the First Circuit Judicial Council before whom the matter is pending. See 28 U.S.C § 2071(c)(1); 28 U.S.C. § 332(d)(4) ("Each judicial council shall periodically review the rules which are prescribed under section 2071 of this title by district courts within its circuit for consistency with rules prescribed under section 2072 of this title. Each council may modify or abrogate any such rule found inconsistent in the course of such a review.").

## II. Semantic/Typographical Recommendations and Comments

- **LR Gen 103(c)(3)** Attorneys as Witnesses, at 4. An attorney shall not testify in a case in which that attorney participates as counsel, except to the extent allowed by the ~~Rules~~

~~of Professional Conduct~~ Standards of Professional Conduct set forth in LR Gen 208 **or** Rules of Professional Conduct as adopted by the Rhode Island Supreme Court and permitted by the Court. Note: It is unclear what "Rules of Professional Conduct" are referenced in the current version of the proposed rule.

- **LR Gen 105(c)** Emergency Matters, at 7. . . . . If the Chief Judge is unavailable, the Clerk shall present the matter to the next most senior active judge who is ~~able~~ available to hear it.

- **LR Gen 107** Requests for Daily Transcripts of Court Proceedings, at 9. All requests for daily or expedited transcripts must be made in writing to the court reporter, if known, and if not, to the Clerk, with copies to opposing counsel, not later than five (5) business days before the hearing or trial to be transcribed. In the event that a hearing is scheduled with less than five (5) business days notice, the transcript request shall be made immediately upon notification to counsel of the scheduled hearing.

Note: The current version of the proposed rule does not provide a procedure for requesting transcripts when emergency hearings are scheduled with less than five (5) days notice.

- **LR Gen 108(b)(1)** Cases Brought by the United States, at 10. . . . . If the court's staff interpreter is ~~unable~~ unavailable to provide such services, the staff interpreter will arrange for a suitable replacement.

- **LR Gen 202(b)(3)** Review of Application, at 24. . . . . In the case of an application pursuant to LR Gen 202(a)(2)(B), the application shall . . . .

Note: Comma is needed where indicated.

- **LR Gen 211** Disciplinary Action by Court, at 43. Upon a finding by the Court . . . the district judge may enter an order imposing discipline in accordance with these ~~rules~~ Rules.

Note: "Rules" should be capitalized for consistency.

- **LR Gen 213(a)(1)** Summary Suspension, at 45. When a certified copy of a judgment is filed with this Court, showing that an attorney who is a member of the Bar of this Court or who is admitted to practice before this Court *pro hac vice* has been convicted of a serious crime, as hereinafter defined, in any court of the United States . . . .

Note: The term "serious crime" appears to be undefined until reading down to subsection 3.

- **LR Gen 215(a)** Application for Reinstatement, at 48. (1) An individual who has ceased to be a member of the ~~bar~~ Bar of this Court . . . .

Note: "Bar" should be capitalized for consistency.

- **LR Gen 216(b)** Respondent's Request, at 50. The respondent-attorney may request that the Court make any matter public that would not otherwise be public under this ~~rule~~ Rule.

Note: "Rule" should be capitalized for consistency.

- **LR Cv 5(e)** Place for Filing Documents, at 52. . . . . Such documents shall not be filed in a judge's chambers, unless otherwise required by these ~~rules~~ Rules or authorized by that judge. . . .

Note: "Rules" should be capitalized for consistency.