**From:** Kim Keyes [kkeyes@rcfp.org]
**Sent:** Thursday, August 11, 2005 12:03 PM
**To:** LRComments
**Cc:** Lucy Dalglish; Gregg Leslie; Amanda Groover; Bertsche, Robert A.; Serino, Amy; Milam, Rene; Kirby, Kathleen; Giles, Dave
**Subject:** Comment on Proposed LR 110
**Attachments:** Rhode Island.pdf

Dear Mr. Di Marzio:

Please accept the attached comment from The Reporters Committee for Freedom of the Press et al. objecting to proposed Local Rule 110.

Sincerely,

Kimberley Keyes
McCormick-Tribune Legal Fellow
The Reporters Committee for Freedom of the Press
(703) 807-2100, ext. 107