**From:** Steven Florio [steve.florio@cdhh.ri.gov]
**Sent:** Friday, August 12, 2005 3:37 PM
**To:** LRComments
**Cc:** Curtiss James; Pam Zellner
**Subject:** Comments on Proposed Rules

Sir or Madam:

On behalf of the Rhode Island Commission on the Deaf and Hard of Hearing, I want to express our concern on "(e) Interpreter Expenses". The Deaf and Hard of Hearing citizens who use sign language interpreters shall not be responsible (for this case, they are considered as a party) for reimbursing the Court for the Court for the cost of the service at all. The Deaf and Hard of Hearing citizens are entitled to obtain the accommodations at no cost according to the American with Disabilities Act or the Section 504 of the Rehabilitation Act of 1973 due to the federal fund being used whichever is applicable.

I would recommend that the explanation under "(e)" needs to be more clearly defined as to which type of interpreter service is appicable and which is not applicable.

Thank you for your consideration.

Sincerely,

Steven A. Florio
Executive Director
RI CDHH

==================================================
Steven A. Florio, Executive Director
RI Commission on the Deaf and Hard of Hearing Department of Administration Building One Capitol Hill, Ground Floor Providence, R.I. 02908-5850

Email: SFLORIO@CDHH.RI.GOV
Videophone: 158.123.13.118
TTY: (401) 222-6686
Relay: 711
FAX: (401) 222-5736
==================================================