State of Rhode Island and Providence Plantations

**DEPARTMENT OF ATTORNEY GENERAL**
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

RECEIVED
AUG 15 2005
David A. DiMarzio, Clerk of Court
U.S. District Court
District of Rhode Island

August 11, 2005

David A. DiMarzio
Clerk of the Court
United States District Court
One Exchange Terrace
Federal Building and Courthouse
Providence, Rhode Island 02903

Re: Notice of Proposed Amendments to Local Rules

Dear Mr. DiMarzio:

Thank you for the opportunity to comment upon the proposed new local rules currently being considered for adoption by the United States District Court.

Among the proposed rules is LR Gen 203, regarding "Continuation of Membership in Bar." Under Section (c) of that proposed rule, "The membership of all members of the Bar of this Court shall expire on March 31, 2006, unless renewed in accordance with this subsection (c)." An application for renewal of membership must be accompanied by the payment of the applicable renewal fee.

A number of attorneys from this office, primarily from our Civil Division, appear regularly in the United States District Court. Although other attorneys appear less frequently, under the terms of these proposed rules, it would still be necessary for those individuals to maintain an active membership in the District Court's bar.

Without knowing the amount of the renewal fee is that is contemplated by the District Court, it is impossible to fully assess the fiscal impact of such a fee. Payment of renewal fees was not contemplated when the budget of this office was prepared for this fiscal year (which runs through June 30, 2006), and thus responsibility for payment of the fee may fall upon our staff, despite the fact that our attorneys appear before the court only in an official capacity.

I note that the proposed rules exempt "Attorneys for the United States" from the requirement of being a member of the Bar of the District Court, if appearing before the Court "as an attorney for the United States or for an agency of the United States or for an officer of the United States in his or her official capacity." Presumably, this would negate the obligation for those attorneys to pay renewal fees to the Court. If it were not

possible to adopt a similar exemption for attorneys representing the State of Rhode Island before the District Court in an official capacity, I respectfully request consideration of waiving or reducing the "renewal fee" for attorneys employed on a full time basis by this office.

Thank you for the opportunity to comment upon this proposed rule.

Very truly yours,

Patrick C. Lynch
Attorney General