August 16, 2005

George Lieberman, Esq., President
Federal Bar Association
Rhode Island Chapter
10 Weybosset St.
Providence, RI 02903

Philip M. Weinstein, Esq., President
Rhode Island Bar Association
115 Cedar St
Providence, RI 02903

Dear George and Phil:

Thank you for your letter of August 10 and for your thoughtful preliminary comments on the proposed General Rules and Civil Rules.

We are particularly interested in and welcome the comments of the Federal Bar Association and the Rhode Island Bar Association's Federal Bench/Bar Committee because the members of those two groups are most familiar with the practice in this Court. That is why we sent specific notice to you in addition to the notice that was disseminated to the general public.

While we thought that seven weeks would have provided ample time for interested parties to comment, we are agreeable to extending the time until September 30. We would be somewhat reluctant to extend the time beyond that date for several reasons.

First, one reason for the revisions is that some of the existing rules are inconsistent with current practice and, therefore, may mislead lawyers, especially those from other jurisdictions and those who do not appear here on a regular basis. Accordingly, we do not wish to unduly prolong the time during which this state of affairs continues.

Second, some lead time will be required in order to make the transition to biennial registration of attorneys which must be completed before March 31, 2006. Before the registration process begins, we will need to review all comments received; conduct a hearing, if necessary; and make any revisions in the proposed Rules that may be appropriate. Given the fact that the Court is busiest during the fall and winter months, this could take some time depending upon the number and nature of the comments received.

Your members could assist us in expediting matters by submitting their comments as far in advance of the expiration of the extended comment period as possible even if it means submitting separate comments on different sections rather than combining your comments on all of the Rules in one package.

It also should be pointed out that Proposed General Rule 113 provides for the creation of a committee that will periodically review the Rules and recommend any amendments that may be appropriate. Thus, the bar and the public will have the opportunity to make further comments in the future as experience in working with the Rules develops.

We look forward to receiving whatever additional comments you may have.

Sincerely yours,

Ernest C. Torres

Ernest C. Torres
Chief Judge

ECT:dms