David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

IN RE: PROPOSED AMENDMENTS
TO LOCAL RULES

Misc. No. 05-98-T

**NOTICE**

The deadline for submitting comments on the proposed Local Rules has been extended to **Friday, September 30, 2005.** Comments may be submitted via e-mail to LRComments@rid.uscourts.gov or in writing to the Clerk's Office, United States District Court, One Exchange Terrace, Providence, RI 02903. Copies of the proposed Local Rules may be obtained from the Court's website at www.rid.uscourts.gov. The rules are also available for inspection at the Clerk's Office.

The Court has opened a Miscellaneous Case File for this process, with the caption and number listed above. That file, which includes all comments submitted, will be available for inspection at the Clerk's Office, and an electronic version will be posted to PACER and the Court's website listed above.

AUGUST 17, 2005

DAVID A. DiMARZIO
CLERK OF COURT