Aug. 22, 2005

RECEIVED
AUG 23 2005
David A. DiMarzio, Clerk of Court
U.S. District Court
District of Rhode Island

Carol Pisani
42 Marlboro Drive
Johnston, R.I. 02919

Clerks Office
U.S. District Court
One Exchange Terrance
Providence, R.I. 02903

Dear Court Clerk:
I am responding to the Providence Journal Newspaper Article Aug. 18, 2005 U.S. Court to change gag order proposal. It is not right that certain cases are confidential. A judge and lawyers are not God. They are not above the law. There should be no preferential treatment to cases.
I was the whistleblower on one case, and I am being cheated out of money.
I read in the newspaper, someone spilled the beans. But to track down the case, nobody even wants to say it is confidential.
If it was not for me, there would not be a case.
Mr. George Resnick of the Republican Town Council said, there was a case against the Johnston Zoning Board, who has used that board as a source of reward with certain developers.
If cases are confidential, there has to be certain exceptions to whistleblowers.
There is the False Claim Act of 1986 gave whistleblowers a portion of the funds the government recovers.
Baloney!!!