FILED

SEP 3 0 2005

U.S. DIST... DISTRICT...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: Proposed Amendments to Local Rules | ) ) ) ) | M.C. No. 05-0098/T |

**COMMENTS OF THE DEFENSE COUNSEL OF RHODE ISLAND TO PROPOSED AMENDMENTS TO LOCAL RULES**

The Defense Counsel of Rhode Island, an affiliate of the Defense Research Institute, concurs with and supports the comments of the Rhode Island Bar Association and Federal Bar Association Rhode Island Chapter to the proposed amendments to local rules.

Stephen B. Lang (#0145)
President
Defense Counsel of Rhode Island
46 Bunker Hill Lane
East Greenwich, RI 02808

September 28, 2005